UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROBBIN THAXTON, | ) | Case No. 3:15-cv-352 |
| | ) | |
| Plaintiff, | ) | Judge Thomas M. Rose |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY AND ORDER GRANTING JOINT MOTION TO REMAND TO THE COMMISSIONER (DOC. 8); VACATING THE PRIOR NON-DISABILITY FINDING; REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND TERMINATING THIS CASE**

This case is before the Court on the parties' Joint Motion To Remand To The Commissioner (Doc. 8) pursuant to Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Court, having been fully advised, hereby **ORDERS** that:

(1) The Joint Motion To Remand To The Commissioner (Doc. 8) is **GRANTED**;

(2) The Commissioner's prior non-disability finding shall be **VACATED**;

(3) This case shall be **REMANDED** to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), including evaluating the medical source opinions and articulating what weight is given to each opinion consistent with the regulations, reevaluating Plaintiff's mental residual functional capacity assessment, and reassessing the intensity and persistence of Plaintiff's subjective symptoms; and

(4) This case is **TERMINATED** on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, April 22, 2016.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE